IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CRAIG MOSS,** | : | |
| Petitioner | : | |
| | : | No. 1:19-cv-106 |
| v. | : | |
| | : | (Judge Rambo) |
| **SUPERINTENDENT DEBALSO,** *et al.*, | : | |
| | : | |
| Respondents | : | |

## **ORDER**

**AND NOW**, on this 18th day of May 2020, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Respondents' motion to dismiss (Doc. No. 16) is **GRANTED**;

2. Petitioner's petition (Doc. No. 1) and amended petition (Doc. No. 11) for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 are **DISMISSED for lack of jurisdiction** because Petitioner was not in custody for purposes of his York County conviction when he initiated the above-captioned case;

3. Respondents' motion to stay (Doc. No. 17) is **DENIED AS MOOT**;

4. A certificate of appealability **SHALL NOT ISSUE**; and

5. The Clerk of Court is directed to **CLOSE** the above-captioned case.

                                              s/ Sylvia H. Rambo
                                              United States District Judge