# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CRAIG MOSS,
 Petitioner

v.

SUPERINTENDENT DEBALSO, *et al.*,
 Respondents

No. 1:19-cv-106

(Judge Rambo)

## ORDER

**AND NOW**, on this 14th day of July 2021, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Petitioner's amended petition (Doc. No. 11) for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED**;

2. A certificate of appealability **SHALL NOT ISSUE**; and

3. The Clerk of Court is directed to **CLOSE** the above-captioned case.

      s/ Sylvia H. Rambo
      United States District Judge